| Information to identify the case: | | |
|---|---|---|
| Debtor | **FX Finvest LLC** <br> Name | EIN **20–1093120** |
| United States Bankruptcy Court **Southern District of New York** <br> Case number: **17–10041–scc** | | Date case filed for chapter **7   1/10/17** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | FX Finvest LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 25 Broad Street <br> Apt 19T <br> New York, NY 10004 | |
| **4. Debtor's attorney** <br> Name and address | Lawrence Morrison <br> 87 Walker Street Floor 2 <br> New York, NY 10013 | Contact phone 212–620–0938 <br> Email: lmorrison@m–t–law.com |
| **5. Bankruptcy trustee** <br> Name and address | Jil Mazer–Marino <br> Meyer, Suozzi, English & Klein, P.C. <br> 990 Stewart Avenue <br> Suite 300 <br> P.O. Box 9194 <br> Garden City, NY 11530–9194 | Contact phone (516) 741–6565 <br> Email: jmazermarino@msek.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Bowling Green <br> New York, NY 10004–1408 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone 212–668–2870 <br> Date: 1/11/17 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **February 8, 2017 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 17-10041-scc
FX Finvest LLC                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: kharris            Page 1 of 1           Date Rcvd: Jan 11, 2017
                              Form ID: 309C            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db              +FX Finvest LLC,    25 Broad Street,    Apt 19T,    New York, NY 10004-2528
smg              N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg              New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                 Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg             +United States Attorney's Office,    Southern District of New York,
                 Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7076956         +ADVANTAGE DELAWARE LLC,    3524 SILVERSIDE ROAD SUITE 35B,    WILMINGTON, DE 19810-4929
7076957         +HOWARD SACKSTEIN & CO. CPA,    C/O ARNOLD A ARPINO & ASSC.,    155 EAST MAIN STREET,
                 SMITHTOWN, NY 11787-2870
7076960         +MICHAEL VAINSTAIN,    C/O HYOWITZ LAW GROUP,    1629 SHEEPSHEAD BAY RD,    BROOKLYN, NY 11235-3804
7076961         +NYC DEPARTMENT OF FINANCE,    66 JOHN STREET,    NEW YORK, NY 10038-3728
7076963         +SUMHER DONDHI,    C/O SACK & SACK,    70 E. 55TH STREET, 10TH FL,    NEW YORK, NY 10022-3334
7076964         +WORKERS COMPENSATION BOARD,    CENTRALIZED MAILING ADDRESS,    PO BOX 5205,
                 BINGHAMTON, NY 13902-5205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: lmorrison@m-t-law.com Jan 11 2017 19:22:39     Lawrence Morrison,
                 87 Walker Street Floor 2,    New York, NY   10013
tr               EDI: QJMMARINO.COM Jan 11 2017 19:28:00      Jil Mazer-Marino,
                 Meyer, Suozzi, English & Klein, P.C.,    990 Stewart Avenue,    Suite 300,    P.O. Box 9194,
                 Garden City, NY  11530-9194
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 11 2017 19:22:49
                 New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                 Albany, NY  12205-0300
ust             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jan 11 2017 19:22:41      United States Trustee,
                 Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-9449
7076958         +EDI: IRS.COM Jan 11 2017 19:28:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
7076959         +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jan 11 2017 19:22:42      LCOR,
                 C/O HUNTER WARFIELD,    4620 WOODLAND CORPORATE BLVD,    TAMPA, FL 33614-2415
7076962         +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jan 11 2017 19:22:49      NYS DEPT. OF TAX & FINANCE,
                 BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY, NY 12205-0300
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Jil Mazer-Marino    jmazermarino@msek.com, jmazermarino@ecf.epiqsystems.com;chapter7ecf@msek.com
              Lawrence Morrison    on behalf of Debtor  FX Finvest LLC lmorrison@m-t-law.com, info@m-t-law.com
                                                                                              TOTAL: 2