UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

                                                          Chapter 7

FX FINVEST LLC,

                                                          Case No.  17-10041 (SCC)

                               Debtor.
-------------------------------------------------------X

### ORDER DESIGNATING XAVIER FAVRE AS THE PERSON RESPONSIBLE TO PERFORM THE DEBTOR'S DUTIES UNDER THE BANKRUPTCY CODE

Upon the motion, dated July 7, 2017 (the "**Motion**"), of Jil Mazer-Marino (the "**Trustee**"), chapter 7 trustee of FX Finvest, LLC, the above-captioned debtor (the "**Debtor**"), for an order, pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), designating Xavier Favre as the person responsible to perform the Debtor's duties enumerated in 11 U.S.C. § 521; and it appearing that good and sufficient notice of the Motion having been given; and no responses or objections having been filed on the docket; and for good and sufficient cause; it is hereby

**ORDERED**, that pursuant to Bankruptcy Rule 9001(5), Xavier Favre be, and hereby is, directed to perform on behalf of the Debtor any and all actions required of the Debtor by the Bankruptcy Rules and Title 11 of the United States Code (the "**Bankruptcy Code**"), including, but not limited to, the Debtor's duties enumerated in Bankruptcy Code Section 521; and it is further

**ORDERED**, that Xavier Favre be, and hereby is, directed to file with this Court, and provide to the Trustee and the Office of the United States Trustee for Region 2, all required schedules and statements on behalf of the Debtor along with the appropriate declarations attesting to the veracity of the statements made therein by no later fourteen days after entry of this Order on the docket of this Case; and it is further

**ORDERED**,  that Xavier Favre be, and hereby is, directed to cooperate with

the Trustee as necessary to enable the Trustee to perform the Trustee's duties under the Bankruptcy Code; and it is further

**ORDERED**, that Xavier Favre be, and hereby is, directed to surrender to the Trustee all property of the Debtor's estate and any recorded information, including books, documents, records and papers, relating to property of the Debtor's estate, including, but not limited to corporate tax returns, paper or electronic accounting files, bank or other financial account statements, cancelled checks, payroll records, leases, and accountings; and it is further

**ORDERED**, that Xavier Favre be, and hereby is, directed to attend any adjourned meeting scheduled in the Debtor's case pursuant to Section 341 of the Bankruptcy Code as requested by the Trustee; and it is further

**ORDERED**, that service of a conformed copy of this order on Morrison and Tanenbaum, which is counsel of record for the Debtor, by first class mail within three (3) business days of the entry of this Order, shall be deemed good and sufficient service for purposes of enforcing this Order.

Dated:  New York, New York
       August 10, 2017

                               /S/ Shelley C. Chapman
                               HONORABLE SHELLEY C. CHAPMAN
                               UNITED STATES BANKRUPTCY JUDGE

3985076