# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW  M-T-LAW.COM
87 WALKER STREET   2ND FLOOR   NEW YORK   NY   10013
PHONE 212.620.0938   FAX 646.998.1972

December 15, 2017

**VIA ECF**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
Attn: Clerk of the Court

      Re:    **FX Finvest LLC - Case No. 17-10041 (SCC)**
             **Request to Close Case**

Dear Sir or Madam:

    This office is counsel to FX Finvest LLC, the above referenced chapter 7 debtor. On November 7, 2017, the chapter 7 Trustee assigned to this case, Jill Mazer-Marino, issued a Report of No Distribution.

    Due to pending pre-petition litigation in which the debtor is a named defendant and the parties in that case wanting to move forward, it is respectfully requested that the Clerk's Office close the above referenced case today so that the pre-petition litigation may proceed.

                      Respectfully,

                      **MORRISON TENENBAUM, PLLC**

                      By:_____
                      Lawrence F. Morrison
                      lmorrison@m-t-law.com